UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6438**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TRUMAN SCOTT,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:98-cr-00079-BO-1)

———————

Submitted:  July 25, 2013        Decided:  July 29, 2013

———————

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Truman Scott, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Truman Scott appeals the district court's order dismissing his motion for disclosure of grand jury transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Scott, No. 7:98-cr-00079-BO-1 (E.D.N.C. Feb. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED